IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAWN F. FARLEY, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-167(MTT) |
| HOWARD SILLS, Sheriff, | ) |
| Respondant. | ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 15) of United States Magistrate Judge Claude W. Hicks, Jr. The Petitioner filed his Petition for a Writ of Habeas Corpus on April 26, 2010. On September 2, the Respondent filed a Motion to Dismiss (Doc. 12) (the "Motion") because the Petitioner failed to exhaust his available state-law remedies as required by 28 U.S.C. § 2254 (b) and (c). The Petitioner did not respond to the Motion, even after he was ordered to by the Magistrate Judge. The Magistrate Judge recommends dismissing this case for the Petitioner's failure to exhaust state-law remedies. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. This case is **DISMISSED**.

**SO ORDERED**, this the 5th day of November, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

Jch